IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  SCOTT E. BARTHOL, | : | Bankruptcy No. 21-10257-PMM |
| | : | |
| Debtor. | : | Chapter 13 |

## ORDER OF COURT

AND NOW, this 17th day of Ferbuary, 2021, upon consideration of the Debtor's Motion for Enlargement of Time, it is hereby ORDERED that the Debtor's deadline for filing the Attorney Disclosure Statement, Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, Summary of Assets and Liabilities, and Statement of Current Monthly Income Form 122 are extended until February 26, 2021.

BY THE COURT:

*Patricia M. Mayer*

_____
UNITED STATES BANKRUPTCY JUDGE
Hon. Patricia M. Mayer