Saucon Valley School District ~ 2097 Polk Valley Road ~ Hellertown, PA 18055

| Employee Name | | | | | | | | Check Date |
|---|---|---|---|---|---|---|---|---|
| Barthol, Scott E | | | | | | | | 01/14/2021 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|---|
| 80.00 | 5.00 | 0.00 | 0.00 | Married | 6 | | 0.00 | 2665.62 | 2665.62 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 2,665.62 | 97.19 | 159.07 | 37.20 | 78.76 | 1.60 |
| YTD | 2,665.62 | 97.19 | 159.07 | 37.20 | 78.76 | 1.60 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 1,997.54 | 25.66 | 166.60 | 0.00 | 2.00 | 100.00 |
| YTD | | 25.66 | 166.60 | 0.00 | 2.00 | 100.00 |

Direct Deposit Information

**** Pay period for timesheets 12/21/20 - 1/3/21 ****

**Voluntary Deductions**

| | HLTH |
|---|---|
| Pay | 100.00 |
| YTD | 100.00 |

**Wage Detail**

| Reg. | OT | Fctr | Rate | Type | | Reg. | OT | Fctr | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 2.00 | 2.00 | 30.12 | HOUR | | 80.00 | 0.00 | | 30.12 | HOUR |
| 0.00 | 3.00 | 1.50 | 30.12 | HOUR | | | | | | |

**Absence Balances as of 01/03/2021**

| COMP | PERSONAL | SICK | VACATION |
|---|---|---|---|
| D | 16.000 H | 96.750 H | 7.000 D |

Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055

*Direct Deposit Receipt*

| Pay Date |
|---|
| 01/14/2021 |

SCOTT E BARTHOL
5268 SPRING DR

*Saucon Valley School District ~ 2097 Polk Valley Road ~ Hellertown, PA 18055*

| Employee Name | | | | | | | | Check Date |
|---|---|---|---|---|---|---|---|---|
| Barthol, Scott E | | | | | | | | 12/31/2020 |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 80.00 | 10.00 | 0.00 | 0.00 | Married | 6 | 0.00 | 2864.55 | 2864.55 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 2,864.55 | 133.07 | 177.60 | 41.54 | 87.94 | 1.72 |
| YTD | 65,679.33 | 2027.95 | 3923.37 | 917.57 | 1942.63 | 39.44 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 2,215.00 | 28.65 | 179.03 | 0.00 | 0.00 | 0.00 |
| YTD | | 632.82 | 4104.94 | 0.00 | 52.00 | 2400.00 |

**Direct Deposit Information**

```
****      Pay period for timesheets 12/7 - 12/20        ****
            **   Happy New Year !!    **
```

**Voluntary Deductions**

| | HLTH |
|---|---|
| Pay | 0.00 |
| YTD | 2400.00 |

**Wage Detail**

| Reg. | OT | Fctr | Rate | Type | | Reg. | OT | Fctr | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 6.00 | 1.50 | 30.47 | HOUR | | 0.00 | 4.00 | 1.50 | 30.12 | HOUR |
| 80.00 | 0.00 | | 30.12 | HOUR | | | | | | |

**Absence Balances as of 12/20/2020**

| COMP | PERSONAL | SICK | VACATION |
|---|---|---|---|
| D | 16.000 H | 96.750 H | 7.000 D |

Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055

*Direct Deposit Receipt*

Pay Date
12/31/2020

**SCOTT E BARTHOL**
**5268 SPRING DR**

*Saucon Valley School District ~ 2097 Polk Valley Road ~ Hellertown, PA 18055*

| Employee Name | | | | | | | | Check Date | |
|---|---|---|---|---|---|---|---|---|---|
| Barthol, Scott E | | | | | | | | 12/17/2020 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|---|
| 80.00 | 0.00 | 0.00 | 0.00 | Married | 6 | | 0.00 | 2409.60 | 2409.60 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 2,409.60 | 70.90 | 143.20 | 33.49 | 70.90 | 1.45 |
| YTD | 62,814.78 | 1894.88 | 3745.77 | 876.03 | 1854.69 | 37.72 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 1,813.96 | 23.10 | 150.60 | 0.00 | 2.00 | 100.00 |
| YTD | | 604.17 | 3925.91 | 0.00 | 52.00 | 2400.00 |

**Direct Deposit Information**

```
****     Timesheet pay period   11/23 - 12/6      ****
```

**Voluntary Deductions**

| | HLTH |
|---|---|
| Pay | 100.00 |
| YTD | 2400.00 |

**Wage Detail**

| Reg. | OT Fctr | Rate | Type |
|---|---|---|---|
| 80.00 | 0.00 | 30.12 | HOUR |

**Absence Balances as of 12/06/2020**

| COMP | PERSONAL | SICK | VACATION |
|---|---|---|---|
| D | 16.000 H | 96.750 H | 7.000 D |

Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055

*Direct Deposit Receipt*

Pay Date
12/17/2020

**SCOTT E BARTHOL**
**5268 SPRING DR**

| Employee Name | | | | | | | | | Check Date | |
|---|---|---|---|---|---|---|---|---|---|---|
| Barthol, Scott E | | | | | | | | | 11/05/2020 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross | |
| 80.00 | 0.00 | 0.00 | 0.00 | Married | 6 | | 0.00 | 2409.60 | 2409.60 | |
| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | | State Tax | | Unemp Tax | | |
| Pay | 2,409.60 | 70.90 | 143.20 | 33.49 | | 70.90 | | 1.45 | | |
| YTD | 55,585.98 | 1682.18 | 3316.17 | 775.56 | | 1641.99 | | 33.37 | | |
| | Net Pay | Local Tax | Retirement | Advanced EIC | | OPT/LST | | Deductions | | |
| Pay | 1,813.96 | 23.10 | 150.60 | 0.00 | | 2.00 | | 100.00 | | |
| YTD | | 534.87 | 3474.11 | 0.00 | | 46.00 | | 2100.00 | | |

**Direct Deposit Information**

\*\*\*\*    Pay period for timesheets 10/12 - 10/25    \*\*\*\*

**Voluntary Deductions**

| | HLTH |
|---|---|
| Pay | 100.00 |
| YTD | 2100.00 |

**Wage Detail**

| Reg. | OT | Fctr | Rate | Type |
|---|---|---|---|---|
| 80.00 | 0.00 | | 30.12 | HOUR |

**Absence Balances as of 10/25/2020**

| COMP | PERSONAL | SICK | VACATION |
|---|---|---|---|
| D | 16.000 H | 105.750 H | 7.000 D |

Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055

*Direct Deposit Receipt*

Pay Date
11/05/2020

60

SCOTT E BARTHOL
5268 SPRING DR
CENTER VALLEY PA  18034