B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re  Scott E Barthol                              ,          Case No.  21-10257-pmm

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Freedom Mortgage Corporation | HomeBridge Financial Services, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764
Phone:  855-690-5900
Last Four Digits of Acct #: _____

Court Claim # (if known):  3-1
Amount of Claim:  $191,344.73
Date Claim Filed:  03/22/2021

Phone:  N/A
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ ReShaundra M. Suggs            Date: 04/27/2021
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Transfer of Claim was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail through CM/ECF on this date.

Date: April 27, 2021

Debtor
Scott E Barthol
5268 Spring Dr
Center Valley, PA 18034

Stephen McCoy Otto
Law Office of Stephen M Otto LLC
833 N Park Rd Ste 102
Wyomissing, PA 19610

Scott F Waterman
2901 Saint Lawrence Ave, Ste 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Choice Legal Group, P.A.
P.O. Box 771270
Coral Springs, FL 33077
Telephone: (954) 453-0365/1-800-441-2438
Facsimile:  (954) 771-6052
ecfnotice@clegalgroup.com
By: /s/ ReShaundra M. Suggs
ReShaundra M. Suggs