UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Scott E. Barthol | Bankruptcy No.21-10257-PMM |
| Debtor | |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 11th day of May, 2021, by first class mail upon those listed below:

Scott E. Barthol
5268 Spring Drive
Center Valley, PA  18034

**Electronically via CM/ECF System Only:**

STEPHEN MC COY OTTO ESQ
833 N PARK ROAD
SUITE 102
WYOMISSING, PA  19610

/s/ Deborah A. Earnshaw
_____
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee