| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 21-10257-PMM**

Scott E. Barthol
5268 Spring Drive
Center Valley  PA    18034

Petition Filed Date: 01/31/2021
341 Hearing Date: 03/30/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  004 | Unsecured Creditors | $733.90 | $0.00 | $0.00 |
| 2 | FREEDOM MORTGAGE CORPORATION<br>»»  003 | Mortgage Arrears | $25,212.46 | $0.00 | $0.00 |
| 3 | CAVALRY INVESTMENTS LLC<br>»»  005 | Unsecured Creditors | $501.09 | $0.00 | $0.00 |
| 4 | PPL ELECTRIC UTILITIES<br>»»  006 | Unsecured Creditors | $3,358.57 | $0.00 | $0.00 |
| 5 | AMERICAN INFOSOURCE LP<br>»»  001 | Unsecured Creditors | $488.90 | $0.00 | $0.00 |
| 6 | PERITUS PORTFOLIO SERVICES II, LLC<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-10257-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $649.62 |
| Paid to Claims: | $0.00 | Arrearages: | $2,598.48 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $38,977.20 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.