United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10257-pmm |
| Scott E. Barthol | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2021 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott E. Barthol, 5268 Spring Drive, Center Valley, PA 18034-9307 |
| 14592065 | + | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14580234 | + | Commonwealth Finance, 245 Main Street, Scranton, PA 18519-1641 |
| 14580236 | + | Financial Recoveries, 200 East Park Drive, Suite 100, PO Box 1388, Mt. Laurel, NJ 08054-7388 |
| 14602706 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14582323 | + | HomeBridge Financial Services, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14580237 | + | Homebridge Financial Services, PO Box 77404, Ewing, NJ 08628-6404 |
| 14580238 | + | IC System Collections, PO Box 64378, St Paul, MN 55164-0378 |
| 14580239 | + | Judy Zimmerman, 5268 Spring Drive, Center Valley, PA 18034-9307 |
| 14580240 | + | Lehigh Valley Health Network, 1200 South Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14580241 | + | Lehigh Valley Hospital, 2545 Schoenersville Road, Bethlehem, PA 18017-7300 |
| 14580242 | + | Nazareth Music Center, 162 S Main Street, Nazareth, PA 18064-2096 |
| 14580244 | + | PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1179 |
| 14580245 | + | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250A, Minneapolis, MN 55439-3117 |
| 14580247 | + | St Lukes University Hospital, 801 Ostrum Street, Bethlehem, PA 18015-1065 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14580232 | | Email/Text: bankruptcynotice@aspendental.com | Sep 09 2021 23:31:00 | Aspen Dental, 1856 Airport Road, Allentown, PA 18109 |
| 14582165 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 09 2021 23:37:09 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14580233 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 23:37:10 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14596140 | + | Email/Text: bankruptcy@cavps.com | Sep 09 2021 23:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14580235 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2021 23:37:03 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14580243 | | Email/Text: info@phoenixfinancialsvcs.com | Sep 09 2021 23:31:00 | Phoenix Financial Services, PO Box 361450, Indianapolis, IN 46236 |
| 14592881 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2021 23:31:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14580246 | + | Email/Text: legal@gosafco.com | Sep 09 2021 23:31:00 | Safco, 6300 Hazeltine Nat, Suite 108, Orlando, FL 32822-5109 |
| 14582518 | | Email/Text: peritus@ebn.phinsolutions.com | Sep 09 2021 23:31:00 | Southern Auto Finance Company, c/o Peritus Portfolio Services II, LLC, P.O. BOX 141419, Irving, TX 75014-1419 |

TOTAL: 9

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 09, 2021 | Form ID: 155 | Total Noticed: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| REBECCA ANN SOLARZ | on behalf of Creditor HomeBridge Financial Services Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Scott E. Barthol steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Scott E. Barthol
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10257−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 9th day of September 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

36
Form 155