IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  SCOTT E. BARTHOL,                 : Chapter 13
                          Debtor(s)      : Docket No. 21-10257-PMM

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Scott E. Barthol, Debtor, has filed a Motion to Allow Interspousal Transfer of Debtor's Interest in Motor Vehicle with the Court.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then **on or before January 6, 2022**, you or your attorney must do <u>all</u> of the following:

   (a) file an answer explaining your position at:

   Clerk, U.S. Bankruptcy Court
   400 Washington Street
   Suite 300
   Reading, PA 19601 - 3951
   Phone: 610-208-5040

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Stephen M. Otto, Esquire
   Law Office of Stephen M. Otto, LLC
   833 N. Park Rd., Ste. 206
   Wyomissing, PA  19610
   Phone: 484-220-0481/Fax: 484-866-8973

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **Thursday, January 20, 2022 at 11:00 A.M.** in Courtroom 4th Fl, United States Bankruptcy Court, The Gateway Building, 201 Penn St, Reading, Pennsylvania 19601.

      4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.    You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  December 16, 2021    By:    <u>/s/Stephen M. Otto</u>
                                       Stephen M. Otto, Esquire
                                       Attorney ID #82463
                                       833 N. Park Rd., Ste. 206
                                     Wyomissing, PA  19610
                                     Ph:  484-220-0481
                                     Fx:  484-866-8973
                                     Email:  steve@sottolaw.com
                                     Attorney for Debtor(s)