IN THE UNITED STATES BAKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        Bankruptcy No. 21-10257-pmm
SCOTT E. BARTHOL                    :
            Debtor.                 :

### CERTIFICATE OF SERVICE

I, Stephen M. Otto, hereby certify that I served or caused to be served the foregoing Motion to

Allow Interspousal Transfer of Debtor's Interest in Motor Vehicle and Hearing Notice upon the

Parties on the attached service list on the date listed below via first class mail, postage pre-paid.

***Served on December 16, 2021 via ECF only:***

REBECCA ANN SOLARZ on behalf of Creditor Freedom Mortgage Corporation
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor HomeBridge Financial Services, Inc.
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

***Served on December 23, 2021 via first class mail, postage pre-paid and electronic mail:***
SAFCO
Peritus Portfolio Services II, LLC
PO Box 141419
Irving, TX 75014
bankruptcy@peritusservices.com

                                        /s/Stephen M. Otto
                                        Stephen M. Otto, Esq.
                                        833 N. Park Road Ste 102
                                        Wyomissing, PA 19610
                                        484-220-0481
                                        PA. I.D. No. 82463
                                        steve@sottolaw.com