IN THE UNITED STATES BAKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-10257-pmm |
| SCOTT E. BARTHOL | : | |
| Debtor. | : | |

**ORDER APPROVING INTERSPOUSAL TRANSFER OF DEBTOR'S INTEREST IN VEHICLE**

AND NOW, this _____ day of January, 2022, it is hereby ORDERED:

1. Debtor is authorized to transfer his interest in the 2017 Hyundai Accent ("Vehicle") to his wife, Judy Zimmerman; Debtor is hereby authorized to execute any and all paperwork for the purpose of facilitating this transaction.

2. SAFCO shall release its lien upon the title of the Vehicle upon SAFCO's receipt of the an amount sufficient to pay in full the outstanding loan obligation associated with SAFCO'S lien.

3. SAFCO is hereby granted relief from the automatic stay and the co-debtor stay for the purpose of facilitating any and all communications and actions which further the purpose of the instant Order.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE