IN THE UNITED STATES BAKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :      Bankruptcy No. 21-10257-pmm
SCOTT E. BARTHOL                    :
      Debtor.                       :

**ORDER APPROVING INTERSPOUSAL TRANSFER OF DEBTOR'S INTEREST IN VEHICLE**

AND NOW, this ___20th___ day of January, 2022, it is hereby ORDERED:

1. Debtor is authorized to transfer his interest in the 2017 Hyundai Accent ("Vehicle") to

   his wife, Judy Zimmerman; Debtor is hereby authorized to execute any and all

   paperwork for the purpose of facilitating this transaction.

2. SAFCO shall release its lien upon the title of the Vehicle upon SAFCO's receipt of the an

   amount sufficient to pay in full the outstanding loan obligation associated with SAFCO'S

   lien.

3. SAFCO is hereby granted relief from the automatic stay and the co-debtor stay for the

   purpose of facilitating any and all communications and actions which further the

   purpose of the instant Order.

BY THE COURT:

*Patricia M. Mayer*
_____

**Date: January 20, 2022**

UNITED STATES BANKRUPTCY JUDGE