United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Scott E. Barthol  
  Debtor

Case No. 21-10257-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Jan 20, 2022 | Form ID: pdf900 | Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Scott E. Barthol, 5268 Spring Drive, Center Valley, PA 18034-9307 |
| cr | + Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARTIN A. MOONEY | on behalf of Creditor Southern Auto Finance Company lgadomski@schillerknapp.com  kcollins@schillerknapp.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Scott E. Barthol steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 20, 2022 | Form ID: pdf900 | Total Noticed: 2 |

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BAKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-10257-pmm |
| SCOTT E. BARTHOL | : | |
|     Debtor. | : | |

### ORDER APPROVING INTERSPOUSAL TRANSFER OF DEBTOR'S INTEREST IN VEHICLE

AND NOW, this __20th__ day of January, 2022, it is hereby ORDERED:

1. Debtor is authorized to transfer his interest in the 2017 Hyundai Accent ("Vehicle") to his wife, Judy Zimmerman; Debtor is hereby authorized to execute any and all paperwork for the purpose of facilitating this transaction.

2. SAFCO shall release its lien upon the title of the Vehicle upon SAFCO's receipt of the an amount sufficient to pay in full the outstanding loan obligation associated with SAFCO'S lien.

3. SAFCO is hereby granted relief from the automatic stay and the co-debtor stay for the purpose of facilitating any and all communications and actions which further the purpose of the instant Order.

BY THE COURT:

*Patricia M. Mayer*
_____
**Date: January 20, 2022**        UNITED STATES BANKRUPTCY JUDGE