| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-10257-PMM**

Scott E. Barthol
5268 Spring Drive
Center Valley  PA    18034

Petition Filed Date: 01/31/2021
341 Hearing Date: 03/30/2021
Confirmation Date: 09/09/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/14/2021 | $650.00 | | 07/13/2021 | $650.00 | | 08/09/2021 | $650.00 | |
| 09/14/2021 | $650.00 | | 10/12/2021 | $650.00 | | 11/16/2021 | $650.00 | |
| 12/13/2021 | $650.00 | | 01/10/2022 | $650.00 | | 02/15/2022 | $650.00 | |
| 03/14/2022 | $650.00 | | 04/25/2022 | $650.00 | | 05/23/2022 | $650.00 | |
| 06/29/2022 | $650.00 | | 07/25/2022 | $650.00 | | | | |

**Total Receipts for the Period: $9,100.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $733.90 | $0.00 | $733.90 |
| 2 | FREEDOM MORTGAGE CORPORATION<br>»» 003 | Mortgage Arrears | $25,212.46 | $4,409.00 | $20,803.46 |
| 3 | CAVALRY SPV INVESTMENTS LLC<br>»» 005 | Unsecured Creditors | $501.09 | $0.00 | $501.09 |
| 4 | PPL<br>»» 006 | Unsecured Creditors | $3,358.57 | $0.00 | $3,358.57 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $488.90 | $0.00 | $488.90 |
| 6 | PERITUS PORTFOLIO SERVICES<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,313.00 | $3,313.00 | $0.00 |

Chapter 13 Case No. 21-10257-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,100.00 | Current Monthly Payment: | $667.13 |
| Paid to Claims: | $7,722.00 | Arrearages: | $222.69 |
| Paid to Trustee: | $780.00 | Total Plan Base: | $37,342.15 |
| Funds on Hand: | $598.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.