**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **CASE NO.  21-10257-PMM** |
| **SCOTT E. BARTHOL** | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND**
**REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING**
**PROPERTY DESCRIBED AS 2017 HYUNDAI ACCENT, VIN: KMHCT4AE2HU334407**
**AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN**
**NUMBER *******nown**

NOW COMES Southern Auto Finance Company c/o Peritus Portfolio Services II, LLC,

by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and

makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests

that it be noticed on all pleadings, documents and hearings; that it receive copies of all

documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
8757 Red Oak Blvd.
Suite 150
Charlotte, NC 28217
PABKR@brockandscott.com

Peritus Portfolio Services
433 E Las Colinas Blvd
Suite 475
Irving, Texas 75039

Please take notice that the undersigned hereby appears as counsel for Southern Auto

Finance Company c/o Peritus Portfolio Services II, LLC pursuant to Bankruptcy Rule 9010(b).

22-15462 BKMFR01

 

The undersigned's filing of this notice is limited to the instant case noted above and should not be

construed as unlimited representation of the Creditor with respect to any and all matters,

proceedings, or actions that may be taken in the instant case or any associated case or proceeding

involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Andrew Spivack

Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com