**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | | |
|---|---|---|
| In Re: | : | |
| **SCOTT E. BARTHOL,** | : | Bankruptcy No. 21-10257-pmm |
| Debtor | : | Chapter 13 |
| **Freedom Mortgage Corporation** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| **SCOTT E. BARTHOL** | : | 11 U.S.C. §362 and §1301 |
| **Judy Zimmerman (NON- FILING CO-DEBTOR)** | | |
| and | | |
| **SCOTT F. WATERMAN, ESQUIRE (TRUSTEE)** | | |
| | | |
| Respondent(s) | : | |

**CERTIFICATION OF NO ANSWER REGARDING FREEDOM MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM STAY (DE 60)**

The undersigned hereby certifies that, as of <u>October 11, 2022</u>, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before <u>September 22, 2022</u>.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: October 12, 2022

Respectfully submitted,
Brock & Scott, PLLC

*/s/ Matt Fissel*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| In Re: | : |
| **SCOTT E. BARTHOL,** | : Bankruptcy No. 21-10257-pmm |
| Debtor | : Chapter 13 |
| **Freedom Mortgage Corporation** | : |
| Movant | : |
| | : |
| v. | : |
| **SCOTT E. BARTHOL** | : 11 U.S.C. §362 and §1301 |
| **Judy Zimmerman (NON-FILING CO-DEBTOR)** | |
| | |
| and | |
| **SCOTT F. WATERMAN, ESQUIRE (TRUSTEE)** | |
| | |
| Respondent(s) | : |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on October 13, 2022 to the following:

SCOTT E. BARTHOL
5268 SPRING DR
CENTER VALLEY, PA 18034-9307

Judy Zimmerman, Co-Debtor
5268 Spring Dr
Center Valley, PA 18034

STEPHEN MCCOY OTTO, Debtor's Attorney
833 N. Park Road
Suite 102
Wyomissing, PA 19610
steve@sottolaw.com

SCOTT F. WATERMAN, Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

*/s/ Matt Fissel*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com