# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Scott E. Barthol, | : | Case No. 21-10257  PMM |
| | : | |
| Debtor(s). | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Peritus Portfolio Services II, LLC as servicer for Southern Auto Finance Company ("the Motion") (Doc. # 58), seeking relief pursuant to 11 U.S.C. §362;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before November 17, 2022, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date: **October 18, 2022**

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**