United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 21-10257-pmm
Scott E. Barthol  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Oct 18, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

**Recip ID**  **Recipient Name and Address**
db  + Scott E. Barthol, 5268 Spring Drive, Center Valley, PA 18034-9307

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:**

**Name**  **Email Address**

ANDREW L. SPIVACK
  on behalf of Creditor Southern Auto Finance Company c/o Peritus Portfolio Services II  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
  on behalf of Creditor PERITUS PORTFOLIO SERVICES II  LLC AS SERVICER FOR SOUTHERN AUTO FINANCE COMPANY andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
  on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
  on behalf of Creditor HomeBridge Financial Services  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

MARIO J. HANYON
  on behalf of Creditor PERITUS PORTFOLIO SERVICES II  LLC AS SERVICER FOR SOUTHERN AUTO FINANCE COMPANY wbecf@brockandscott.com, mario.hanyon@brockandscott.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

MARTIN A. MOONEY
    on behalf of Creditor Southern Auto Finance Company Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com

MATTHEW K. FISSEL
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Scott E. Barthol steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Scott E. Barthol, | : | Case No. 21-10257 PMM |
| | : | |
| Debtor(s). | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. # 60), seeking relief pursuant to 11 U.S.C. §362;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before November 17, 2022, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date: **October 18, 2022**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**