# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>SCOTT E. BARTHOL<br>　　Debtor | Case No. 21-10257-pmm |
| Freedom Mortgage Corporation,<br>　　Movant<br><br>vs.<br>SCOTT E. BARTHOL<br><br>　　and<br><br>Judy Zimmerman, (NON-FILING CO-DEBTOR)<br><br>　　Respondents | Chapter 13<br><br>11 U.S.C. §362 and §1301 |

## ORDER

**AND NOW**, this __16th__ day of __November__, 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge