IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>SCOTT E. BARTHOL<br>    Debtor | Case No. 21-10257-pmm |
| Southern Auto Finance Company c/o Peritus Portfolio Services II, LLC,<br>    Movant<br><br>vs.<br>SCOTT E. BARTHOL<br><br>    and<br><br>Judy Zimmerman, (NON-FILING CO-DEBTOR)<br><br>    Respondents | Chapter 13<br><br>11 U.S.C. §362 and §1301 |

**ORDER**

    **AND NOW**, this 21st day of November, 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge