United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-10257-pmm
Scott E. Barthol  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Nov 21, 2022 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Scott E. Barthol, 5268 Spring Drive, Center Valley, PA 18034-9307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

**Name**      **Email Address**

ANDREW L. SPIVACK
     on behalf of Creditor PERITUS PORTFOLIO SERVICES II LLC AS SERVICER FOR SOUTHERN AUTO FINANCE COMPANY andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
     on behalf of Creditor Southern Auto Finance Company c/o Peritus Portfolio Services II LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
     on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor HomeBridge Financial Services Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

MARIO J. HANYON
    on behalf of Creditor PERITUS PORTFOLIO SERVICES II LLC AS SERVICER FOR SOUTHERN AUTO FINANCE COMPANY wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARTIN A. MOONEY
    on behalf of Creditor Southern Auto Finance Company Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com

MATTHEW K. FISSEL
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Scott E. Barthol steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>SCOTT E. BARTHOL<br>    Debtor | Case No. 21-10257-pmm |
| Southern Auto Finance Company c/o Peritus Portfolio Services II, LLC,<br>    Movant | Chapter 13 |
| vs.<br>SCOTT E. BARTHOL<br><br>    and<br><br>Judy Zimmerman, (NON-FILING CO-DEBTOR)<br><br>    Respondents | 11 U.S.C. §362 and §1301 |

## ORDER

**AND NOW**, this 21st day of November, 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge