**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:<br>SCOTT E. BARTHOL<br>      Debtor | Case No. 21-10257-pmm |
| | Chapter 13 |
| Southern Auto Finance Company c/o Peritus<br>Portfolio Services II, LLC,<br>      Movant | |
| vs.<br>SCOTT E. BARTHOL<br>Judy Zimmerman (NON-FILING CO-DEBTOR)<br>      Respondent | 11 U.S.C. §362 and §1301 |

**ORDER MODIFYING SECTION §362 and §1301 AUTOMATIC STAY AND CO-DEBTOR STAY**

Upon consideration of the Movant of Southern Auto Finance Company c/o Peritus Portfolio Services II, LLC (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, the property as more fully described as 2017 Hyundai Accent, VIN: KMHCT4AE2HU334407, to permit Movant, its successors or assignees, to proceed with its rights under the terms of said Contract as per state law; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and Southern Auto Finance Company c/o Peritus Portfolio Services II, LLC may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

*Patricia M. Mayer*
_____
PATRICIA M. MAYER, BANKRUPTCY JUDGE

**Date: April 7, 2023**

SCOTT E. BARTHOL
5268 SPRING DR
CENTER VALLEY, PA 18034

JUDY ZIMMERMAN
5268 SPRING DR
CENTER VALLEY, PA 18034

Stephen McCoy Otto, Debtor's Attorney
Law Office of Stephen M. Otto, LLC
833 N. Park Road Suite 102
Wyomissing, PA 19610
steve@sottolaw.com


Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107