United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10257-pmm |
| Scott E. Barthol | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 07, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott E. Barthol, 5268 Spring Drive, Center Valley, PA 18034-9307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 09, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PERITUS PORTFOLIO SERVICES II  LLC AS SERVICER FOR SOUTHERN AUTO FINANCE COMPANY andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Southern Auto Finance Company c/o Peritus Portfolio Services II  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor HomeBridge Financial Services  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MARIO J. HANYON | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2023 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Creditor PERITUS PORTFOLIO SERVICES II  LLC AS SERVICER FOR SOUTHERN AUTO FINANCE COMPANY wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
        on behalf of Creditor Southern Auto Finance Company c/o Peritus Portfolio Services II  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARTIN A. MOONEY
        on behalf of Creditor Southern Auto Finance Company Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com

MATTHEW K. FISSEL
        on behalf of Creditor Southern Auto Finance Company c/o Peritus Portfolio Services II  LLC wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MATTHEW K. FISSEL
        on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
        on behalf of Debtor Scott E. Barthol steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:<br>SCOTT E. BARTHOL<br>       Debtor | Case No. 21-10257-pmm |
| Southern Auto Finance Company c/o Peritus Portfolio Services II, LLC,<br>       Movant | Chapter 13 |
| vs.<br>SCOTT E. BARTHOL<br>Judy Zimmerman (NON-FILING CO-DEBTOR)<br>       Respondent | 11 U.S.C. §362 and §1301 |

### ORDER MODIFYING SECTION §362 and §1301 AUTOMATIC STAY AND CO-DEBTOR STAY

Upon consideration of the Movant of Southern Auto Finance Company c/o Peritus Portfolio Services II, LLC (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, the property as more fully described as 2017 Hyundai Accent, VIN: KMHCT4AE2HU334407, to permit Movant, its successors or assignees, to proceed with its rights under the terms of said Contract as per state law; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and Southern Auto Finance Company c/o Peritus Portfolio Services II, LLC may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

*Patricia M. Mayer*
_____
**Date: April 7, 2023**          PATRICIA M. MAYER, BANKRUPTCY JUDGE

SCOTT E. BARTHOL
5268 SPRING DR
CENTER VALLEY, PA 18034

JUDY ZIMMERMAN
5268 SPRING DR
CENTER VALLEY, PA 18034

Stephen McCoy Otto, Debtor's Attorney
Law Office of Stephen M. Otto, LLC
833 N. Park Road Suite 102
Wyomissing, PA 19610
steve@sottolaw.com


Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107