United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10257-pmm |
| Scott E. Barthol | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott E. Barthol, 5268 Spring Drive, Center Valley, PA 18034-9307 |
| cr | + | Southern Auto Finance Company c/o Peritus Portfoli, 433 E Las Colinas Blvd, Suite 475, Irving, TX 75039-6276 |
| 14580237 | + | Homebridge Financial Services, PO Box 77404, Ewing, NJ 08628-6404 |
| 14580239 | + | Judy Zimmerman, 5268 Spring Drive, Center Valley, PA 18034-9307 |
| 14580240 | + | Lehigh Valley Health Network, 1200 South Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14580241 | + | Lehigh Valley Hospital, 2545 Schoenersville Road, Bethlehem, PA 18017-7300 |
| 14580242 | + | Nazareth Music Center, 162 S Main Street, Nazareth, PA 18064-2096 |
| 14580244 | + | PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1179 |
| 14756902 | + | Southern Auto Company, C/O Mario Hanyon, BROCK & SCOTT, PLLC, 8757 Red Oak Boulevard, Suite 150, Charlotte, NC 28217-3977 |
| 14580247 | + | St Lukes University Hospital, 801 Ostrum Street, Bethlehem, PA 18015-1065 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 10 2023 23:29:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 10 2023 23:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14580232 | | Email/Text: bankruptcynotice@aspendental.com | Aug 10 2023 23:29:00 | Aspen Dental, 1856 Airport Road, Allentown, PA 18109 |
| 14592065 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 10 2023 23:29:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14582165 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 10 2023 23:39:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14580233 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2023 23:57:21 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14596140 | + | Email/Text: bankruptcy@cavps.com | Aug 10 2023 23:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14580234 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 10 2023 23:29:00 | Commonwealth Finance, 245 Main Street, Scranton, PA 18519-1641 |
| 14580235 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 10 2023 23:39:29 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14580236 | ^ | MEBN | Aug 10 2023 23:24:51 | Financial Recoveries, 200 East Park Drive, Suite 100, PO Box 1388, Mt. Laurel, NJ 08054-7388 |
| 14722090 | + | Email/Text: EBN@brockandscott.com | Aug 10 2023 23:29:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14602706 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 10 2023 23:29:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14722091 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 10 2023 23:29:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14582323 | ^ | MEBN | Aug 10 2023 23:24:53 | HomeBridge Financial Services, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14580238 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 10 2023 23:29:00 | IC System Collections, PO Box 64378, St Paul, MN 55164-0378 |
| 14721189 | | Email/Text: peritus@ebn.phinsolutions.com | Aug 10 2023 23:30:00 | Peritus Portfolio Services, 433 E Las Colinas Blvd, Suite 475, Irving, Texas 75039 |
| 14580243 | | Email/Text: info@phoenixfinancialsvcs.com | Aug 10 2023 23:29:00 | Phoenix Financial Services, PO Box 361450, Indianapolis, IN 46236 |
| 14592881 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 10 2023 23:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14580245 | + | Email/Text: ngisupport@radiusgs.com | Aug 10 2023 23:29:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250A, Minneapolis, MN 55439-3132 |
| 14580246 | + | Email/Text: legal@gosafco.com | Aug 10 2023 23:29:00 | Safco, 6300 Hazeltine Nat, Suite 108, Orlando, FL 32822-5109 |
| 14582518 | | Email/Text: peritus@ebn.phinsolutions.com | Aug 10 2023 23:30:00 | Southern Auto Finance Company, c/o Peritus Portfolio Services II, LLC, P.O. BOX 141419, Irving, TX 75014-1419 |
| 14721188 | + | Email/Text: EBN@brockandscott.com | Aug 10 2023 23:29:00 | Southern Auto Finance Company c/o Peritus Portfoli, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14756736 | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, Peritus Portfolio Services, 433 E Las Colinas Blvd, Suite 475, Irving, Texas 75039 |
| 14756735 | *+ | Southern Auto Finance Company c/o Peritus Portfoli, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor PERITUS PORTFOLIO SERVICES II  LLC AS SERVICER FOR SOUTHERN AUTO FINANCE COMPANY andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Southern Auto Finance Company c/o Peritus Portfolio Services II  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor HomeBridge Financial Services  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Southern Auto Finance Company c/o Peritus Portfolio Services II  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor PERITUS PORTFOLIO SERVICES II  LLC AS SERVICER FOR SOUTHERN AUTO FINANCE COMPANY wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARTIN A. MOONEY | on behalf of Creditor Southern Auto Finance Company Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| MATTHEW K. FISSEL | on behalf of Creditor Southern Auto Finance Company c/o Peritus Portfolio Services II  LLC wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Scott E. Barthol steve@sottolaw.com jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Scott E. Barthol<br><br><br>                            Debtor | Chapter 13<br><br>Bankruptcy No. 21-10257-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 10, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE