Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-10257-PMM**

Scott E. Barthol  
5268 Spring Drive  
Center Valley  PA    18034

Petition Filed Date: 01/31/2021  
341 Hearing Date: 03/30/2021  
Confirmation Date: 09/09/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $650.00 | | 09/26/2022 | $650.00 | | 11/16/2022 | $1,405.99 | |
| 02/21/2023 | $650.00 | | 04/28/2023 | $800.00 | | 05/08/2023 | $1,004.99 | |

**Total Receipts for the Period:  $5,160.98    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $14,260.98**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  004 | Unsecured Creditors | $733.90 | $0.00 | $733.90 |
| 2 | FREEDOM MORTGAGE CORPORATION<br>»»  003 | Mortgage Arrears | $25,212.46 | $9,737.05 | $15,475.41 |
| 3 | CAVALRY SPV INVESTMENTS LLC<br>»»  005 | Unsecured Creditors | $501.09 | $0.00 | $501.09 |
| 4 | PPL<br>»»  006 | Unsecured Creditors | $3,358.57 | $0.00 | $3,358.57 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»»  001 | Unsecured Creditors | $488.90 | $0.00 | $488.90 |
| 6 | PERITUS PORTFOLIO SERVICES<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,313.00 | $3,313.00 | $0.00 |

Chapter 13 Case No. 21-10257-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,260.98 | Current Monthly Payment: | $667.13 |
| Paid to Claims: | $13,050.05 | Arrearages: | $3,067.27 |
| Paid to Trustee: | $1,210.93 | Total Plan Base: | $37,342.15 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.